UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DYLAN HINER,

      Defendant.

Case No. 3:25-cr-99

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22), recommending that the Court accept Defendant's guilty plea.  There being no objections to the well-reasoned Report and Recommendation ("R&R"), the Court **ADOPTS** the R&R in full.  The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with being in possession of ammunition while under indictment for a felony, in violation of Title 18 U.S.C. §§ 922(n) and 924(a)(l)(D).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

  March 2, 2026

                                          s/Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge